KLEIN MOYNIHAN TURCO LLP
A Limited Liability Partnership Formed in the State of New York
450 Seventh Avenue – 40th Floor
New York, NY 10123
Neil E. Asnen (NA 1863)
nasnen@kleinmoynihan.com
(212) 246-0900
*Attorneys for Defendant ClickSpark, LLC*

RECEIVED

JAN 11 2017

AT 8:30_____M
WILLIAM T. WALSH
CLERK

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| SARA SICKER, individually and of behalf of all others similarly situated,<br><br>Plaintiff,<br><br>-against-<br><br>CLICKSPARK, LLC D/B/A DEGREEMATCH and JOHN DOES 1-25,<br><br>Defendants. | Case No.: 3:16-cv-03908-AET-LHG<br><br>**STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE F.R.C.P. 41(a)(1)(A)(ii)** |

{00126067;1}

Plaintiff Sara Sicker and Defendant ClickSpark, LLC, by and through their respective attorneys, HEREBY STIPULATE AND AGREE, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), this entire action is dismissed in its entirety and with prejudice as to Ms. Sicker's individual claims against ClickSpark and ClickSpark's counterclaims against Ms. Sicker, and without prejudice as to the claims of the putative class members.

**IT IS SO STIPULATED.**

Respectfully submitted,

Dated: January 9, 2017

MARCUZ & ZELMAN, LLC

By: /s/ Ari H. Marcus (as authorized on Jan. 9, 2017)
   Ari H. Marcus

*Attorneys for Plaintiff*

Dated: January 9, 2017

KLEIN MOYNIHAN TURCO LLP

By: /s/ Neil E. Asnen
   Neil E. Asnen

*Attorneys for Defendant*

So Ordered
Anne E Thompson
1/10/17    USDJ

{00126067;1}